UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRISTOL WEST INSURANCE COMPANY,
A Pennsylvania Corporation,

    Plaintiff,

-vs-　　　　　　　　　　　　　　　　　　　　CASE NO.:   06-14158-CK
　　　　　　　　　　　　　　　　　　　　　　HON.:   PAUL D. BORMAN

FODIOS TZORTZINIS and DANA McGUIRE,

    Defendants.

---

| | |
|---|---|
| HANS H.J. PIJLS (P37248) | LAWRENCE S. KATKOWSKY (P15740) |
| MARK A. PITCHFORD (P66951) | DONDI R. VESPRINI (P60390) |
| PLUNKETT & COONEY, P.C. | LAW OFFICES OF LAWRENCE S. |
| Attorneys for Plaintiff | KATKOWSKY, P.C. |
| 535 Griswold, Suite 2400 | Attorneys for Defendant Dana McGuire |
| Detroit, MI  48226 | 30200 Telegraph Road, Suite 430 |
| (313)  983-4846 | Bingham Farms, MI  48025 |
| (313)  983-4350 - FAX | (248)  901-3400 |
| E-mail:   MACROBUTTON HtmlResAnchor | (248)  901-3401 – FAX |
| hpijls@plunkettcooney.com | E-mail:   MACROBUTTON HtmlResAnchor |
|  MACROBUTTON HtmlResAnchor | lkatkowsky@katkowskylaw.com |
| mpitchford@plunkettcooney.com |        MACROBUTTON HtmlResAnchor |
| | drvesprini@katkowskylaw.com |

---

**DECLARATORY JUDGMENT AGAINST FODIOS TZORTZINIS**
**(AMENDED)**

           At a session of said Court,
           held in the City of Detroit,
           Wayne County, Michigan, on:  3/2/07

    PRESENT:  HON._PAUL D. BORMAN_
                    U.S. DISTRICT JUDGE

This matter having come before the court upon Plaintiff's Motion for Entry of Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2), and the court being otherwise fully advised in the premises;

NOW, THEREFORE,

IT IS HEREBY ORDERED that:

1.      Plaintiff's Motion be and hereby is granted, as follows:

      A.      Plaintiff has no duty to indemnify Fodios Tzortzinis for any liability imposed on him arising out of the May 3, 2006 car accident identified in Plaintiff's Complaint;

      B.      Plaintiff has no duty to defend Mr. Tzortzinis in connection with any lawsuit filed against him arising out of said accident.

      C.      This Judgment supercedes the Declaratory Judgment against Fodios Tzortzinis entered by this Court on February 21, 2007.

s/Paul D. Borman
PAUL D. BORMAN

UNITED STATES DISTRICT JUDGE

Dated: March 2, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 2, 2007.

s/Denise Goodine

Case Manager